

FILED
CLERK, U.S. DISTRICT COURT
SEP 11 2019
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )   Case No.: 10-CR-351-ODW-35
                         )
           Plaintiff,    )   ORDER OF DETENTION PENDING
                         )   FURTHER REVOCATION
    v.                   )   PROCEEDINGS
                         )   (FED. R. CRIM. P. 32.1(a)(6); 18
James Joseph Kissling    )   U.S.C. § 3143(a)(1))
                         )
           Defendant.    )
_____)

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central** District of **California** for *failure to appear* alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

    (X)    information in the Pretrial Services Report and Recommendation

    (X)    information in the ~~violation petition and report(s)~~ *warrant*

    (X)    the defendant's nonobjection to detention at this time

    ( )    other: _____

1

and/ or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
- (X) information in the Pretrial Services Report and Recommendation
- (X) information in the ~~violation petition and report~~ warrant(s)
- (X) the defendant's nonobjection to detention at this time
- ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: September 11, 2019

_____
SHERI PYM
United States Magistrate Judge

2